UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sedon Kang

                    Plaintiff,

        -against-
Koku Ramen Corp, et al.,

                    Defendants.

26-CV-00312 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Raising concerns that Defendants might inform immigration officials that Plaintiff will be at the Court for a settlement conference on April 23, 2026, Plaintiff, who has issues with his immigration status, has requested that he be permitted to attend via Zoom.  (ECF 23.) Defendants complain that Plaintiff did not request consent before making the application to the Court and that it was improper to accuse Defendants of "imaginary action(s) based only on Plaintiff's belief. (ECF 24.) Defendants do not oppose permitting Plaintiff to appear remotely but ask the Court to expunge the letter-motion (ECF 23) from the docket due to its accusation that Defendants could retaliate against Plaintiff. (ECF 24.) There have been an increasing number of cases referred to me for a settlement conference in which a party has requested permission to appear remotely because of concerns that the opposing party could inform immigration officials of the party's whereabouts and problematic immigration status. I do not view these requests as reflecting anything more than an understandable anxiety on the part of litigants with immigration concerns; I certainly do not see the requests as calling into question the motives or behavior of the opposing parties. I nevertheless typically grant such requests, because I do not want a litigant to be worried about safety when coming to a court conference – whether or not the anxiety has any basis in light of the likely behavior of the opposing parties.

Accordingly, I decline to strike ECF 23 and grant the application to permit the settlement conference to be held remotely.

The settlement conference scheduled for **Thursday, April 23, 2026** at 2:00 PM will now be held by video conference. The Courtroom Deputy will send the conference details to counsel. A confidentiality agreement signed by all parties and counsel needs to be emailed to TarnofskyNYSDChambers@nysd.uscourts.gov by April 22, 2026. The form can be found at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

The Clerk of Court is respectfully requested to terminate ECF 23.

DATED:  April 21, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge